UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA KRAFT | CIVIL ACTION |
| VERSUS | NO. 20-2687 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION "J" (1) |

## ORDER

Considering the record, the applicable law, the Parties' Cross-Motions for Summary Judgment (Rec. Docs. 19, 20), the Magistrate Judge's Report and Recommendation (Rec. Doc. 21), and the *Objection to the Magistrate Judge's Report and Recommendations* (Rec. Doc. 22) filed by Plaintiff, Angela Kraft

**IT IS HEREBY ORDERED** that Plaintiff's objection (Rec. Doc. 22) is **OVERRULED**, the Magistrate Judge's Report and Recommendations (Rec. Doc. 21) are **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 19)** is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's *Motion for Summary Judgment* **(Rec. Doc. 20)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**.

New Orleans, Louisiana, this 20th day of January, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE